IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
ANCELL HAMM,                    )
                                )
           Plaintiff,           )   Civil Action No. 03-1770
                                )
     v.                         )   Judge Lancaster
                                )   Magistrate Judge Caiazza
EDWARD RENDELL, et al.,         )
                                )
           Defendants.          )
```

### MEMORANDUM ORDER

On November 18, 2003, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On November 3, 2006, the magistrate judge issued a Report (Doc. 53) recommending that the District Court deny the Plaintiff's Motion for Summary Judgment (Doc. 44).

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this \_\_11TH\_\_ day of \_\_JANUARY\_\_, 2007, IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment (**Doc. 44**) is **DENIED**.

The Report and Recommendation of Magistrate Judge Caiazza dated November 3, 2006 is hereby adopted as the opinion of the District Court.

_____
Gary L. Lancaster
United States District Judge

cc:

Ancell Hamm, AK-2165
SCI Fayette
Box 9999
LaBelle, PA  15450-0999

Craig E. Maravich, Esq. (via email)